**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00895-CV

## TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, Appellant

## V.

## GREG FRAUSTO, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13131**

## ORDER

We **GRANT** appellant's November 13, 2014 motion for extension of time to file reply brief and **ORDER** the brief be filed no later than November 26, 2014. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE